| | |
|---|---|
| 1 | CUMMINS & WHITE, LLP |
|   | Larry M. Arnold, P.c. (Bar No. 060459) |
| 2 | E-mail:     larnold@cwlawyers.com |
|   | Noura K. Rizzuto (Bar No. 291455) |
| 3 | E-mail:     nrizzuto@cwlawyers.com |
|   | 2424 S.E. Bristol Street, Suite 300 |
| 4 | Newport Beach, CA 92660-0764 |
|   | Telephone: (949) 852-1800 |
| 5 | Fax: (949) 852-8510 |

Attorneys for Plaintiff GREAT AMERICAN E&S INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN E&S INSURANCE COMPANY, | CASE NO.: 2:20-cv-09550 CAS (ASx) |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| vs. | Courtroom 8D |
|   | Judge:     Christina A. Snyder |
| BRANDSTORM, INC., | Magistrate: Alka Sagar |
| Defendant. | Complaint Filed: 10/20/20 |
|   | Counterclaim Filed: 11/10/2020 |
| BRANDSTORM, INC., |   |
| Counterclaimant |   |
| vs. |   |
| GREAT AMERICAN E&S INSURANCE COMPANY, |   |
| Counterdefendant. |   |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel of record that:

1. This action and the counterclaim are dismissed in their entirety, with prejudice, pursuant to F.R.C.P 41 because a settlement has been reached between the parties. The parties shall bear their own attorney's fees and costs.

-1-

2. This stipulation may be executed in counterparts, each of which shall be deemed an original but all of which constitute one and the same agreement. Facsimile signatures shall have the same force and effect as originals.

Dated: March 10, 2021               CUMMINS & WHITE, LLP

By: _____
   Larry M. Arnold, Esq,
   Noura K. Rizzuto, Esq.
   Attorneys for Plaintiff and Counter-Defendant GREAT AMERICAN E&S INSURANCE COMPANY

DEAN GAZZO ROISTACHER LLP

By: */s/ Lee H. Roistacher*
   Lee H. Roistacher, Esq.
   Dean Gazzo Roistacher LLP
   440 Stevens Avenue, Suite 100
   Solana Beach, CA 92075
   (858) 755-5666/Fax (858) 755-7870
   lroistacher@deangazzo.com
   *Attorneys for Defendant BRANDSTORM, INC.*

# CERTIFICATE OF SERVICE

*Great American E&S Insurance Company v. Brandstorm, Inc.*
United States District Court, Central District of California
Case No.: 2:20-cv-09550 CAS (ASx)

I, the undersigned, declare:

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 2424 S.E. Bristol Street, Suite 300, Newport Beach, CA 92660-0764.

On March 10, 2021, I served the following document(s) **STIPULATION OF DISMISSAL** on the interested parties in this action by placing a true and correct copy of each document thereof, enclosed in a sealed envelope, addressed as follows:

Matthew E. Bennett, Esq.
Brockman Quayle Bennett
12481 High Bluff Drive, Suite 301
San Diego, CA 92130
(858) 755788-3900
mbennett@bqblaw.com
*Attorneys for Defendant*
*BRANDSTORM, INC.*

Lee H. Roistacher, Esq.
Dean Gazzo Roistacher LLP
440 Stevens Avenue, Suite 100
Solana Beach, CA 92075
(858) 380-4683
(858) 264-4938
lroistacher@deangazzo.com
pcartwright@deangazzo.com
*Attorneys for Defendant*
*BRANDSTORM, INC.*

STEWART SMITH, Pro Hac Vice
Joseph F. Bermudez, Esq.
Catherine T. Begley, Esq.
357 South McCaslin Blvd., Suite 225
Louisville, CO 80027
Tel: (720) 665-9400
Fax: 484-534-9470
jbermudez@stewartsmithlaw.com
cbegley@stewartsmithlaw.com

☑ **By CM/ECF:** I caused the above-referenced document(s) to be served to the attached-named person(s) at his/her/their e-mail address(es) of record. The transmission was reported as complete and without error.

Executed on March 10, 2021, at Newport Beach, California.

☑ **(Federal)** I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

/s/ Robin J. Warren
Robin J. Warren

|W284|2146711.docx.DOC;1|